# Invoice

**HR Management Consultants, Inc.**
*Federal Labor Law Compliance Experts*

10446 NW 31 TER
DORAL, FL 33172

| Bill To: |
|---|
| Christian Azzariti |
| Columbus Restaurant, LLC |
| 736 Ocean Drive |
| Miami Beach, FL 33139 |

| Terms | Date | Invoice No. |
|---|---|---|
| Net 30 | 10/31/13 | 623 |

Job/Project

| Description | Amount |
|---|---|
| 16.25 hours of general consulting work at $165.00 | 2,681.25 |
| | |
| Total | $2,681.25 |

CRLLC P000343